IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 115-092 |
| | ) | |
| JASON BARON BEARD | ) | |

_____

**O R D E R**

_____

Before the Court is the government's unopposed motion for reciprocal discovery. (Doc. no. 16.) The government seeks discovery under Rule 16(b) of the Federal Rules of Criminal Procedure, including a written summary of any evidence Defendant intends to offer under Fed. R. Evid. 702, 703, or 705 and prior statements of defense witnesses. In light of the government's willingness to provide liberal discovery and the unopposed nature of the request, the Court **GRANTS** this motion (doc. no.16), and any information not yet furnished shall be provided to the government no later than fourteen days from the date of this Order.

SO ORDERED this 7th day of January, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA