IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | CR 115-092 |
| JASON BARON BEARD, | * | |
| Defendant. | * | |

# ORDER

Before the Court is Defendant's "Motion for Judicial Recommendation for 12 Months RRC/Home Confinement 18 USC 3621." (Doc. 52.) In his motion, Defendant asks the Court to offer a judicial recommendation to the Board of Prisons ("BOP") that he be allowed to serve the last 12 months of his sentence in either a halfway house, home confinement, or a combination of both. The Court **DENIES** Defendant's motion. (Doc. 52.) The Court stresses, however, that its decision should have no negative impact on Defendant's request currently pending before the BOP.

**ORDER ENTERED** at Augusta, Georgia, this 7th day of May, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA