IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: CR115-092 |
| JASON BARON BEARD | |

## ORDER

A jury trial in the above captioned case having been conducted the week of February 8, 2016, and there being certain items entered into evidence during the course of said trial,

IT IS HEREBY ORDERED that the following evidence be returned to Counsel for the Government for safekeeping and for production in the Court of Appeals, if necessary: Exhibits 1, 3, 4, 5, 7, 8, 9, 9D, 10, 11, 13, 14, 15, 15A-15D, 16, 17, 18, 19, 20, 20A-20D, 21, 22, 23, 24, 25, 25A-25D, 26, 27, 28, 29, 30, 30A-30E, 31, 32, 33, 34, 35, 35A, 36, 37A, 37B, 39, 39A-39D, and 40.

SO ORDERED, this 15th day of June, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA